# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )

          Plaintiff                )

              )

          vs.                )

*Oscar Flores-Arce*                )

              )

          Defendant(s)                )

CRIMINAL NO. _07MJ8954_

### ORDER

### RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

*Pedro Sanchez Ronda*
*05751298*

DATED: ___12/13/07___

**PETER C. LEWIS**

RECEIVED _____
               DUSM

---
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____

Deputy Clerk